UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WENDI J. LEE,

    Plaintiff,

v.                                      CASE NO.: 8:10-cv-2904-T-23TBM

PMSI, INC.,

    Defendant.
_____/

## **ORDER**

    The plaintiff's two-count complaint (Doc. 2) alleges employment discrimination based on pregnancy. Count I alleges a violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000(e), et seq. Count II alleges a violation of the Florida Civil Rights Act of 1992, Florida Statute § 760.01, et seq. The defendant moves (Doc. 4) to dismiss Count II and asserts federal preemption. The defendant's motion to dismiss (Doc. 6) is **DENIED**. Terry v. Real Talent, Inc., 09-1756, 2009 WL 3494476 (M.D. Fla. Oct. 27, 2009) (Moody, J.); Carsillo v. City of Lake Worth, 995 So. 2d 1118 (Fla. 4th DCA 2008).

    ORDERED in Tampa, Florida, on January 13, 2011.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE